ACCEPTED
15-25-00011-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
10/10/2025 2:55 PM
CHRISTOPHER A. PRINE
CLERK

CLS CONNOR LEE & SHUMAKER

Sergio
Sergio@CLandS.com
512-646-2060

October 10, 2025

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
10/10/2025 2:55:07 PM
CHRISTOPHER A. PRINE
Clerk

**VIA E-FILE**
Christopher Prine
Clerk
Fifteenth Court of Appeals
PO Box 12852
Austin, TX 78711

> Re: **Request for leave to file sur-reply in Cause No. 15-25-00011-CV (Unopposed)**

To the Honorable Fifteenth Court of Appeals,

Appellee, Gensetix, Inc., respectfully seeks leave to file a sur-reply to address a new case that was cited by Appellants on Reply, but had not been available to Appellee when it filed APPELLEE'S BRIEF in July. The case is *Curadev Pharma Pvt. Ltd. v. The Univ. of Tex. Sw. Med. Ctr.*, No. 15-25-00004-CV, 2025 Tex. App. LEXIS 6472 (Tex. App.—15th Dist. Aug. 21, 2025, pet. filed [No. 25-0890]).

The parties have conferred about this request. Counsel for Appellants have indicated that Appellants do not oppose this request for leave to the extent Appellee's sur-reply "is limited to addressing the *Curadev* opinion."

Very truly yours,

*/s/ Sergio R. Davila*
Sergio R. Davila

Agreed as to form:

*/s/[1] Deanna Markowitz Willson*
Deanna Markowitz Willson
Counsel for Appellants

---

[1] Signed with permission by Sergio R. Davila, Tex. Bar No. 24079795

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Cabrach Connor
Bar No. 24036390
cab@clands.com
Envelope ID: 106717880
Filing Code Description: Motion
Filing Description: Gensetix Request for Leave to File Surreply
Status as of 10/10/2025 3:06 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Terri Abernathy | | terri.abernathy@oag.texas.gov | 10/10/2025 2:55:07 PM | SENT |
| Victoria Gomez | | victoria.gomez@oag.texas.gov | 10/10/2025 2:55:07 PM | SENT |
| Thomas FLoose | | tom.loose@troutman.com | 10/10/2025 2:55:07 PM | SENT |
| David E.Harrell | | David.Harrell@troutman.com | 10/10/2025 2:55:07 PM | SENT |
| Deanna MarkowitzWillson | | deanna.willson@troutman.com | 10/10/2025 2:55:07 PM | SENT |
| Chris Dove | | Chris.Dove@troutman.com | 10/10/2025 2:55:07 PM | SENT |
| Monika Dziemianczuk | | monika.dziemianczuk@troutman.com | 10/10/2025 2:55:07 PM | SENT |
| Cabrach Connor | | Cab@CLandS.com | 10/10/2025 2:55:07 PM | SENT |
| Jennifer TatumLee | | Jennifer@CLandS.com | 10/10/2025 2:55:07 PM | SENT |
| Sergio Davila | | Sergio@CLandS.com | 10/10/2025 2:55:07 PM | SENT |
| Anthony Buzbee | | tbuzbee@txattorneys.com | 10/10/2025 2:55:07 PM | SENT |
| Ryan Pigg | | rpigg@txattorneys.com | 10/10/2025 2:55:07 PM | SENT |
| Rian Taff | | rtaff@txattorneys.com | 10/10/2025 2:55:07 PM | SENT |
| Mauricio Guevara | | mguevara@txattorneys.com | 10/10/2025 2:55:07 PM | SENT |
| Lionel Sims | | lsims@txattorneys.com | 10/10/2025 2:55:07 PM | SENT |